1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   CHINOOK INDIAN NATION, et al.,          CASE NO. C17-5668 MJP

11                    Plaintiffs,            MINUTE ORDER

12        v.

13   DEB HAALAND, et al.,

14                    Defendants.

15

16        The following minute order is made by the direction of the court, the Honorable Marsha

17   J. Pechman, United States Senior District Judge:

18        The Court has reviewed the Parties' Tenth Quarterly Joint Status Report. (Dkt. No. 145.)

19   The Court ORDERS the Parties to submit an additional report that provides an estimate of how

20   much time remains before the Department of Interior will complete its review, and, if the review

21   is favorable, how much time it will take to approve the plan and then transmit it to Congress. The

22   additional report must be submitted by no later than August 29, 2023. The Parties shall continue

23

24

MINUTE ORDER - 1

1   to provide quarterly status reports as ordered by the Court in its January 21, 2021 Order (Dkt.

2   No. 133).

3       The clerk is ordered to provide copies of this order to all counsel.

4       Filed August 15, 2023.

5

6                       Ravi Subramanian
                      Clerk of Court

7                       s/Serge Bodnarchuk
                      Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2