UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINOOK INDIAN NATION, et al., | CASE NO. C17-5668 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEB HAALAND, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Eleventh Quarterly Joint Status Report. (Dkt. No. 149.) The Parties indicate that the Secretary of the Interior approved and signed the proposed Chinook Distribution Plan Package on September 11, 2023, and that it is now subject to a 60-day congressional review period. (Id. at 2.) The Court therefore ORDERS the Parties to submit an additional joint status report by no later than November 15, 2023 that: (1) provides an update on whether the plan has been subject to any congressional disapproval pursuant to 25 U.S.C. §

MINUTE ORDER - 1

1405; (2) indicates whether and on what terms the Court may dismiss this matter if the plan has become effective (i.e., there has been no congressional disapproval); and (3) addresses any other issues the Court should consider in resolving this matter.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 17, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk