UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINOOK INDIAN NATION, et al., | CASE NO. C17-5668 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEB HAALAND, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Twelfth Quarterly Joint Status Report. (Dkt. No. 152.) The Parties indicate that the funds due to Plaintiffs are awaiting distribution once certain paperwork is prepared and finalized. (Id. at 2.) The Parties also indicate that they can provide notice once the funds have been transferred. (Id.) The Court therefore ORDERS the Parties to submit an additional joint status report once all funds have been transferred to Plaintiff or within 60 days of entry of this Minute Order, whichever event occurs first. With the report, the Parties

MINUTE ORDER - 1

must also indicate whether and on what terms the Court may dismiss this matter. The Parties may also address any other issues the Court should consider in resolving this matter.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 17, 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk

MINUTE ORDER - 2