UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINOOK INDIAN NATION, et al., | CASE NO. C17-5668 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEB HAALAND, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Thirteenth Quarterly Joint Status Report. (Dkt. No. 154.) The Parties indicate that the funds due to Plaintiffs are awaiting distribution once certain paperwork is prepared and finalized. (Id.) The Parties also indicate that they can provide notice once the funds have been transferred. (Id.) The Court therefore ORDERS the Parties to submit an additional joint status report once all funds have been transferred to Plaintiff or within 60 days of entry of this Minute Order, whichever event occurs first.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed March 15, 2024.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Kathleen Albert
                                        Deputy Clerk

MINUTE ORDER - 2