UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CHINOOK INDIAN NATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, et al., <br><br> Defendants. | Case No. 3:17-cv-05668-MJP <br><br> ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO AMEND EAJA PETITION AND JOINT MOTION TO SET BRIEFING SCHEDULE |

Plaintiff's unopposed motion to amend its petition for attorney fees under the Equal Access to Justice Act and the parties' joint motion to set a briefing schedule thereon are granted. The briefing schedule on that petition shall be as follows:

| | |
|---|---|
| Plaintiff's Amended Petition for Fees: | September 4, 2024 |
| Defendant's Opposition | September 27, 2024 |
| Plaintiff's Reply | October 11, 2024 |
| Noting Date | October 11, 2024 |

Dated this 15th day of August 2024.

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:
James S. Coon
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiffs, *Pro Hac Vice*