Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINOOK INDIAN NATION, an Indian Tribe and a Washington nonprofit corporation, and as successor-in-interest to The Lower Band of Chinook Indians; and ANTHONY A. JOHNSON, individually and in his capacity as Chairman of the Chinook Indian Nation; and CONFEDERATED LOWER CHINOOK TRIBES AND BANDS, a Washington nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her capacity as Secretary of the U.S. Department of Interior; U.S. DEPARTMENT OF INTERIOR; BUREAU OF INDIAN AFFAIRS, OFFICE OF FEDERAL ACKNOWLEDGMENT; UNITED STATES OF AMERICA; and BRYAN NEWLAND, in his capacity as Assistant Secretary - Indian Affairs,<br><br>Defendants. | CASE NO. C17-5668MJP<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER RENOTING PETITION FOR EAJA FEES AND EXTENDING BRIEFING SCHEDULE**<br><br>(~~Proposed~~) |

This matter having come before the Court on the parties' joint motion for an order modifying the Court's August 15, 2024, Order (Dkt. # 169) to renote Plaintiffs' petition for attorneys' fees, and to extend by three weeks the briefing schedule on the petition, and good cause appearing,

[~~Proposed~~] ORDER RENOTING PETITION FOR EAJA FEES AND
EXTENDING BRIEFING SCHEDULE - 1
(Case No. C17-5668MJP)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

IT IS HEREBY ORDERED THAT the joint motion is granted, and the schedule related to Plaintiffs' petition for attorneys' fees is hereby modified as follows:

| | |
|---|---|
| Defendants' Opposition Due: | October 18, 2024 |
| Plaintiffs' Reply Due: | November 1, 2024 |
| New Noting Date: | November 1, 2024 |

DATED this __1st__ day of October, 2024.

_____
MARSHA J. PECHMAN
Senior United States District Judge

Presented by:

*s/ James S. Coon*
JAMES S. COON
Attorney for Plaintiffs

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Defendants

[Proposed] ORDER RENOTING PETITION FOR EAJA FEES AND
EXTENDING BRIEFING SCHEDULE - 2
(Case No. C17-5668MJP)