Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHINOOK INDIAN NATION, an Indian Tribe
and a Washington nonprofit corporation, and as
successor-in-interest to The Lower Band of
Chinook Indians; and ANTHONY A.
JOHNSON, individually and in his capacity as
Chairman of the Chinook Indian Nation; and
CONFEDERATED LOWER CHINOOK
TRIBES AND BANDS, a Washington
nonprofit corporation,

                    Plaintiffs,

        v.

DEB HAALAND, in her capacity as Secretary
of the U.S. Department of Interior; U.S.
DEPARTMENT OF INTERIOR; BUREAU OF
INDIAN AFFAIRS, OFFICE OF FEDERAL
ACKNOWLEDGMENT; UNITED STATES
OFAMERICA; and BRYAN NEWLAND, in
his capacity as Assistant Secretary - Indian
Affairs,

                    Defendants.

CASE NO.  C17-5668MJP

**ORDER ON STIPULATION TO
EXTEND NOTING DATE ON EAJA
MOTION**

~~(Proposed)~~

        This matter having come before the Court on the parties' stipulation for an order further

extending the noting date on Plaintiffs' motion for fees under the Equal Access to Justice Act, and

~~[Proposed]~~ ORDER ON STIPULATION TO EXTEND NOTING DATE ON
EAJA MOTION- 1
(Case No. C17-5668MJP)

good cause appearing, it is HERERBY ORDERED that the noting date for Plaintiffs' motion for fees pursuant to the Equal Access to Justice Act (Dkt. # 170) is extended to Monday, December 2, 2024.

DATED this 29th day of October 2024.

_Marsha J. Pechman_
MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

_s/ Brian C. Kipnis_
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Defendants

[Proposed] ORDER ON STIPULATION TO EXTEND NOTING DATE ON
EAJA MOTION- 2
(Case No. C17-5668MJP)