HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINOOK INDIAN NATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND et al., <br><br> Defendants. | Case No. 3:17-cv-05668-MJP <br><br> **(PROPOSED)** <br><br> ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT ON PLAINTIFFS' MOTION FOR EAJA FEES |

This matter having come before the Court on the parties' stipulation for an order further extending the noting date on Plaintiffs' motion for fees under the Equal Access to Justice Act.

It is HERERBY ORDERED that the noting date for Plaintiffs' motion for fees pursuant to the Equal Access to Justice Act (Dkt. #170) is extended to Thursday, January 02, 2025.

Dated this 27th day of November, 2024.

_____
MARSHA J. PECHMAN
United States Senior District Judge

Presented by:
s/ James S. Coon
James S. Coon
Attorney for Plaintiff, *pro hac vice*